AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:18-cr-279-SEB-DLP-01 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| SHAUN KIMBROUGH | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is:

☒ GRANTED. The defendant's previously imposed sentence of imprisonment of 48 months is reduced to time served as of May 5, 2021. The term of supervised release remains 3 years. The terms of supervised release stated in the Judgment imposed on October 31, 2019 and docketed on November 4, 2019 (dkt. 62) remain the same with the addition of the following condition: The defendant is ordered to comply with any period of quarantine due to the COVID-19 pandemic as directed by medical staff and/or any state or local health authority.

☒ OTHER: Consistent with the parties' May 3, 2021 Stipulation, dkt. 75, the Court finds that the defendant has exhausted all administrative rights to appeal within the meaning of 18 U.S.C. § 3582(c)(1)(A). The Court also finds that extraordinary and compelling reasons warrant a sentence reduction, that the defendant does not pose a danger to any other person or the community, and that the sentencing factors in 18 U.S.C. § 3553(a) weigh in favor of granting the motion. Accordingly, the defendant's motion for compassionate release, dkt. [71], is **granted**.

The Bureau of Prisons is ordered to release the defendant by 4:00 p.m. on May 5, 2021. The defendant's USM Number is 10828-027. No later than 12:00 p.m. on May 4, 2021, counsel

AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

for the United States is ordered to do the following: (1) transmit this Order to the defendant's custodian; and (2) file a notice with the Court confirming that transmission of this Order has occurred.

IT IS SO ORDERED.

Dated: 5/3/2021

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel